**Order entered April 2  , 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00372-CV

## IN RE ANDREW DAVID MALONE, JR., Relator

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-95910-QN**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.


<u>/David W. Evans/</u>
DAVID EVANS
JUSTICE

.